UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEAN C. WHITE,<br><br>　　　　　　Plaintiff,<br>　　v.<br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security Administration<br><br>　　　　　　Defendant.<br>_____/ | No. C 10-02124 LB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

　　　　Pending before the Court is Plaintiff's Application to Proceed in Forma Pauperis (Dkt. #2). Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge Beeler's jurisdiction. This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

　　　　You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court whether he consents to Magistrate Judge

C 10-02124 LB

1  Beeler's jurisdiction or requests reassignment to a United States District Judge for trial.  Plaintiff
2  shall file either the attached consent or declination form by June 16, 2010.
3  **IT IS SO ORDERED.**

5  Dated: June 2, 2010

_____
LAUREL BEELER
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

# Northern District of California

# Oakland Division

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION,<br><br>        Plaintiff(s),<br><br>    v.<br><br>IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION,<br><br>        Defendant(s).<br>_____/ | No. C 10-02124 LB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
                                       Signature

                                       Counsel for _____
                                       (Plaintiff, Defendant or indicate "pro se")

C 10-02124 LB                              3

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION,<br><br>Plaintiff(s),<br><br>v.<br><br>IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION,<br><br>Defendant(s).<br>_____/ | No. C 10-02124 LB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 10-02124 LB                                             4