**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DEAN C. WHITE,                          No. C 10-02124 CRB

12             Plaintiff,                    **ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 7-1(b).**

13       v.

14   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

15

16             Defendant.
                                        /

17

18       The government has moved to dismiss Plaintiff's Complaint in this Social Security

19   case pursuant to Federal Rule of Civil Procedure 12(b)(1).  The government noticed the

20   motion for a hearing on March 11, 2011.  Pursuant to Local Rule 7-1(b), the hearing is

     hereby VACATED, and the briefing schedule on the motion is set forth below.

21

22       •       Plaintiff's Opposition due February 25, 2011.

23       •       Government's Reply, if any, due March 8, 2011.

     **IT IS SO ORDERED.**

24

25

26

27   Dated:  February 3, 2011        CHARLES  R. BREYER
                                     UNITED STATES DISTRICT JUDGE

28

G:\CRBALL\2010\2124\Order vacating hearing and setting briefing schedule.wpd