UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEAN C. WHITE,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Commissioner, Social Security<br>Administration,<br><br>        Defendant - Appellee. | No. 11-17306<br><br>D.C. No. 3:10-cv-02124-CRB<br>U.S. District Court for Northern<br>California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered May 02, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk